UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ZACHARY C. CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 3:25-CV-350-KAC-DCP |
| v. | ) |
| | ) |
| JASON HAYWARD, | ) |
| | ) |
| Defendant | ) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge Debra C. Poplin's "Report and Recommendation" ("Report") entered on October 16, 2025 [Doc. 8]. On July 21, 2025, Plaintiff Zachary Crouch filed a Complaint against Defendant Jason Hayward, alleging that Defendant violated the First Amendment when he terminated Plaintiff's employment in January 2020 [*See* Doc. 1 at 2-3]. Plaintiff also filed a Motion for Leave to Proceed In Forma Pauperis [Doc. 2]. The Report grants Plaintiff's Motion to Proceed In Forma Pauperis but recommends that the Court dismiss Plaintiff's claim under 28 U.S.C. § 1915(e)(2)(B) because the claim is barred by the applicable statute of limitations [*See* Doc. 8 at 1, 5]. Neither Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 8] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2). The Court **DISMISSES** this action. An appropriate judgment shall enter.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge